# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:06-CR-0200-RLH-PAL |
| vs. | ) | **O R D E R** |
| MARCO GODINEZ, | ) | |
| Defendant. | ) | |

      Before this Court is the Findings and Recommendation of United States Magistrate Judge (#28, filed November 6, 2006), entered by the Honorable Peggy A. Leen, regarding Defendant's Motion to Suppress (#22, filed September 8, 2006). Objections (#30) were filed to Magistrate Judge Leen's Findings and Recommendation of United States Magistrate Judge in accordance with Local rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The United States has filed an Response (#31) thereto, and the matter was submitted for consideration.

      The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendation of Magistrate Judge Leen should be affirmed and adopted.

. . . .

. . . .

. . . .

1

1   IT IS THEREFORE ORDERED that Magistrate Judge's Findings and Recommenda-
2   tion (#28, filed November 6, 2006) is AFFIRMED and ADOPTED, and Defendant's Motion to
3   Suppress is DENIED.
4   Dated: November 27, 2006.

                                                    _____
                                                    ROGER L. HUNT
                                                    U.S. District Judge