# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:06-CR-0200-RLH-PAL |
| vs. | ) | **O R D E R** |
| MARCO GODINEZ, | ) | |
| Defendant. | ) | |

Before this Court is the Report of Findings and Recommendation (#50, filed March 22, 2007) of United States Magistrate Judge Peggy A. Leen. No objection was filed to Magistrate Judge Leen's Report of Findings and Recommendation, in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation (#50) is AFFIRMED and ADOPTED, and Defendant Godinez's Motion to Dismiss (#35) is denied.

Dated: April 10, 2007.

_____
ROGER L. HUNT
Chief U.S. District Judge