# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MARCO GODINEZ,<br><br>　　　　　　　Defendant. | Case No. 2:06-cr-200-RLH-PAL<br><br>**PROPOSED ORDER** |

　　　　Based on the above points and authorities and good cause appearing therefore, the **MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** is hereby granted.

　　　　**IT IS HEREBY ORDERED** that the term of supervised release be terminated.

　　　　DATED this  23rd  day of  January , 2012.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE